**Morris J. Wishnevsky, appellee, v. C. F. Wendrick, Jr., and W. A. Peters, trading as Wendrick Steel Company, and Paul A. Dratz, appellants. Gen. No. 31,548.**
Action on promissory note. Judgment for plaintiff on directed verdict. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 9, 1927.
Rooney & Melaniphy, for appellants; John M. Pollock, of counsel. Cavender & Milchrist, for appellee.
Mr. Justice Johnston delivered the opinion of the court.

---

**Sinclair Refining Company, appellee, v. Louis Pavlakos, trading as Nick Pavlakos, appellant. Gen. No. 31,277.**
Action for balance due on goods sold and delivered. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed with finding of facts and without remandment. Opinion filed May 17, 1927.
Peden, Kahn & Murphy, for appellant; David Silbert, Frank E. Gettleman and Sydney M. Goldstein, of counsel. Allen, Ward & Gallagher, for appellee; William H. Gallagher, of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**International Electric Lamp Company, appellant, v. Board of Education of Chicago, appellee. Gen. No. 31,287.**
Assumpsit for damages from breach of contract to take goods. Judgment against plaintiff for costs. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 17, 1927.
Chester E. Jacobson, for appellant. Frank S. Righeimer, for appellee; John A. Cooke, Leo V. Roeder and Frank F. Trunk, of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.